

# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2021

No. 04-21-00477-CV

**IN RE CINCINNATI INSURANCE COMPANY**

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 18-10-36490-MCA-A
Honorable Maribel Flores, Judge Presiding

# O R D E R

Sitting:    Luz Elena D. Chapa, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

The real party in interest has filed a motion for extension of time to respond to the petition for a writ of mandamus. We grant the motion and order a response is due December 6, 2021.

It is so **ORDERED** November 10, 2021.

**PER CURIAM**

ATTESTED TO: _Michael A. Cruz_
MICHAEL A. CRUZ,
CLERK OF COURT